# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| **GABRIELA MAYRIDES,** : | |
| : | |
| **Plaintiff,** : | |
| : | Case No. 2:08-CV-535 |
| v. : | |
| : | **JUDGE ALGENON L. MARBLEY** |
| **DELAWARE COUNTY,** : | Magistrate Judge Abel |
| **COMMISSIONERS,** *et al.*, : | |
| : | |
| **Defendants.** : | |

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED That pursuant to the September 24, 2009 Order, the Court GRANTS the Plaintiff's Motion for Leave to File a Sur-Reply and GRANTS the Delaware Defendants' Motion for Judgment on the Pleadings. All that remains in this case are state law claims. This case is REMANDED to state court.

Date: **September 24, 2009**  James Bonini, Clerk

    s/Betty L. Clark
    Betty L. Clark/Deputy Clerk